PETERS, Respondent, v. SLATTERY, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by John L. Peters against John Slattery.

PER CURIAM. Judgment modified, by striking out the provision for an extra allowance, for want of power in the court at Trial Term to grant the same, and judgment, as modified, and order, affirmed, without costs.

HOOKER, J., not voting.

PETERSON v. FUCHS et al. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Otto F. Peterson against F. Waldemar Fuchs and others. No opinion. Judgment and orders of the Municipal Court affirmed, with costs.

PHALEN, Appellant, v. UNITED STATES TRUST CO. OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Charles J. Phalen against the United States Trust Company of New York and others. F. S. Woodruff, for appellant. E. W. Sheldon, for respondents. No opinion. Judgment affirmed, with costs, on the opinion on former appeal. 100 App. Div. 264, 91 N. Y. Supp. 537.

PHELPS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Almon C. Phelps against the New York Central & Hudson River Railroad Company.

PER CURIAM. Interlocutory judgment and order reversed, with costs, and defendant's demurrer sustained, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal, upon the authority of Shea v. Sixth Avenue Elevated Railway Company, 62 N. Y. 180, 20 Am. Rep. 480, Hoffman v. King, 160 N. Y. 618, 55 N. E. 401, 46 L. R. A. 672, 73 Am. St. Rep. 715, and Van Inwegen v. Port Jervis, M. & N. Y. R. Co., 165 N. Y. 625, 58 N. E. 878.

PIERIE, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Samuel H. Pierie against Horace W. Smith and another. No opinion. Judgment affirmed, with costs.

PIKE, Respondent, v. NORD DEUTSCHE NEDERLANDSCHE LLOYDS, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Ellen M. Pike, trustee, against the Nord Deutsche Nederlandsche Lloyds. E. P. Wheeler, for appellant. E. G. Stevens, for respondent. No opinion. Judgment and order affirmed, with costs.

In re PINE. (Supreme Court, Appellate Division, First Department. November 2, 1905.) In the matter of Smith Pine. No opinion. Order affirmed.

PINTO, Respondent, v. MT. CARMEL SOCIETY OF BOROUGH OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Antonio Pinto against the Mt. Carmel Society of the Borough of Brooklyn. No opinion. Judgment of the Municipal Court affirmed, with costs.

PITKIN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Emma D. Pitkin against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs, on authority of same case on former appeal, reported in 94 App. Div. 31, 87 N. Y. Supp. 906.

McLENNAN, P. J., concurs, upon the first ground stated in the opinion written on former appeal.

PITKIN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Emma D. Pitkin, as executrix, against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See 87 N. Y. Supp. 906.

P. J. CARLIN CONST. CO., Appellant, v. HAMMEL et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by the P. J. Carlin Construction Company against Joshua Hammel, individually, etc., and others. N. Lyon, for appellant. J. C. Weschler, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PLACE, Respondent, v. DREAMLAND, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Howard Place against one Dreamland. No opinion. Judgment of the Municipal Court affirmed, with costs.

PLAGE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Henry Plage, as administrator, etc., against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

PODELEFSKY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Ida Podelefsky, an infant, by Levy Podelefsky, her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed on argument, and new trial granted, costs to abide the event, for refusal to charge requests at folio 86 of case.

POLHEMUS, Respondent, v. POLHEMUS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17,